Magistrate Judge

04-CR-05553-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO. CR04-5553 |
| v. ) | ORDER FOR DISMISSAL |
| THOMAS E. AHRENS, ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information, CR04-5553, against THOMAS E. AHRENS, defendant.

DATED this 13th day of June, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

BARBARA J. SIEVERS
Assistant United States Attorney

Leave of court is GRANTED for the filing of the foregoing dismissal.

DATED this 13 day of June, 2005.

UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL/AHRENS- 1
(CR04-5553)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970